**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT HARRY COLLINS, *et al.*, | : | Civil No. 1:25-CV-02543 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MAX NASTASEE, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 11th day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.   Plaintiff L.R. is conditionally **GRANTED** the appointment of *pro bono* counsel, provided that a member of the *Pro Bono* panel of the Middle District of Pennsylvania Chapter of the Federal Bar Association agrees to volunteer to represent Plaintiff L.R. Plaintiff L.R. is advised that locating *pro bono* counsel may take some time; the minor will be notified in writing of the results of the search for counsel as soon as possible. The *Pro Bono* Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association shall report to the Court on the progress of identifying *pro bono* counsel on or before **June 12, 2026**.

2.   If the court is unsuccessful in its efforts to locate *pro bono* counsel to represent Plaintiff L.R., the minor will be dismissed from the above-captioned action.

3.   A copy of this order will be served upon the *Pro Bono* Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association.

1

4.     Plaintiffs' applications for leave to proceed *in forma pauperis*, Docs. 10, 11, 14, 16, are **GRANTED**.

5.     Plaintiff K. Collins' motion to proceed *in forma pauperis*, Doc. 17, is **DENIED** without prejudice.

6.     Plaintiff K. Collins shall renew her motion to proceed *in forma pauperis* with her financial information following her release from SCI-Cambridge Springs or pay the outstanding filing fee by **June 12, 2026**.  Failure to renew her motion or pay the outstanding filing fee will result in K. Collins being dismissed from the case.

7.     Plaintiff K. Collins is directed to update her address with the court.

8.     Following an updated address from Plaintiff K. Collins, the Clerk of the Court is directed to send a form application to proceed *in forma pauperis* to K. Collins.

9.     Melissa Davis' motion to proceed *in forma pauperis*, Doc. 13, is **DENIED** with prejudice.

10.    The Clerk of the Court is directed to **TERMINATE** Melissa Davis as a party to this action.

11.    Plaintiff L.R. shall renew the motion to proceed *in forma pauperis* or pay the outstanding filing fee within thirty days of the appointment of counsel.

12.    The sealed complaint, Doc. 1, is deemed **FILED**.

13.    In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall serve a copy of the sealed complaint (Doc. 1), notice of lawsuit and request to waive service of summons (form AO 398), waiver of service of summons (form AO 399) and this Order on the named Defendants. In the interest of efficient administrative judicial economy, the court requests that the Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

2

14. If service is unable to be completed due to Plaintiffs' failure to properly name the Defendants, or provide a correct mailing address, Plaintiffs will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiffs' claims against the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

15. Plaintiffs shall maintain on file with the Clerk of Court a current address. *See* M.D. Pa. LR 83.18. If the court is unable to communicate with Plaintiffs because Plaintiffs have failed to notify the court of their addresses, Plaintiffs will be deemed to have abandoned the lawsuit.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania