**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT HARRY COLLINS, *et al.*, | : | Civil No. 1:25-CV-02543 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAX NASTASEE, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND** NOW, on this 2nd day of July 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant Schuylkill County's unopposed motion to dismiss, Doc. 32, is **GRANTED**.

2. All claims raised against Schuylkill County are **DISMISSED**.

3. The court's May 11, 2026 conditional appointment of counsel for Plaintiff L.R., Doc. 22, is hereby **VACATED**.

4. Plaintiff's K. Collins and DeShields, Jr. shall notify the court of who will represent L.R.'s interests on the minor's behalf pursuant to Fed. R. Civ. P. 17 by **<u>July 23, 2026</u>**. The representative may not proceed pro se and must be represented by counsel. If no counsel is obtained, the court will entertain a motion for appointment of counsel.

5. K. Collins' motion to proceed *in forma pauperis*, Doc. 40, is **GRANTED**.

6. K. Collins' motion for appointment of counsel, Doc. 28, is **DENIED** without prejudice.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
